STATE OF NEW JERSEY v. MICHAEL PARISH.

Sept. 24, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. FRANK WASILOWSKI.

Sept. 24, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. CHOU PUNK LIN.

Sept. 24, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JIMMIE DORSEY.

Sept. 24, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE GARRISON.

Sept. 24, 1979.  Petition for certification denied.

WILLIAM GOLDBERG v. JACK R. ROSENSWEIG.

Oct. 2, 1979.  Petition for certification denied.